IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

Plaintiff(s),

v.

MICHAEL J. SULLIVAN, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate and Reset Settlement Conference Currently Set for June 1, 2010, DN 26, is GRANTED. The Settlement Conference set on June 1, 2010, at 1:30 p.m., is VACATED and RESET on August 30, 2010, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel are reminded that persons with complete settlement authority shall be present in person for the settlement conference.

Date: May 24, 2010