IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

Plaintiff(s),

v.

MICHAEL J. SULLIVAN, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants' Motion to Compel Responses to Written Discovery (docket no. 31) is GRANTED. Plaintiff has not filed any timely response to the subject motion (docket no. 31) and therefore this court deems the subject motion (docket no. 31) confessed. Plaintiff shall provide to Defendants, signed written releases for her inmate files and for her insurance claims file **on or before August 16, 2010.** Defendants shall prepare the written release forms for signature by Plaintiff. Each party shall pay their own attorney fees and costs for this motion.

Date: July 28, 2010