IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00133-LTB-MJW

JANET O'DONNELL

     Plaintiff

v.

MICHAEL J. SULLIVAN; and
TRIPLE CROWN SERVICES COMPANY

     Defendants

---

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE
( Docket po 36 )

---

     THIS MATTER having come before the Court on Defendants' Motion for Leave to Attend Settlement Conference by Telephone, and

     THE COURT having been fully advised on the matters,

     **HEREBY ORDERS** that Defendants' Motion for Leave to Attend Settlement Conference by Telephone is **GRANTED**. Defendant Michael Sullivan may attend the August 30, 2010, Settlement Conference via telephone.

     DATED this 19ᵗʰ day of August, 2010.

                                        _____
                                        MICHAEL J. WATANABE
                                        U.S. MAGISTRATE JUDGE
                                        DISTRICT OF COLORADO