IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

Plaintiff(s),

v.

MICHAEL J. SULLIVAN, and
TRIPLE CROWN SERVICES COMPANY,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37 (docket no. 40) is now MOOT and therefore DENIED.

This court conducted a Show Cause Hearing on September 30, 2010. At this hearing, Attorney Richard W. Leslie orally entered his appearance on behalf of Plaintiff. Plaintiff had been acting pro se since her previous counsel was allowed to withdraw. Also, during this hearing, the court set the date for Plaintiff's deposition which is the subject matter of this motion (docket no. 40) and has set Plaintiff's deposition for October 7, 2010, at 9:00 a.m. and such deposition will take place at the office of defense counsel. This court also will allow a second deposition of Plaintiff since there are outstanding discovery motions (docket nos. 45 and 58) that are not yet ripe for ruling since this court has given Plaintiff additional time until October 15, 2010, to respond to such motions noting that her new counsel was recently retained. Thus, defense counsel may reserve time during the first deposition of Plaintiff to take a second deposition once this court rules on the outstanding discovery motions (docket nos. 45, and 58).

Date: October 1, 2010