**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

    Plaintiff,

v.

MICHAEL J. SULLIVAN, and
TRIPLE CROWN SERVICES COMPANY,

    Defendants.
_____

**ORDER GRANTING DEFENDANTS' MOTION TO
DEEM JOINDER MOTION CONFESSED**
_____

    THIS MATTER, coming to be heard on the motion of Defendants Michael J. Sullivan and Triple Crown Services Company Motion to Deem Joinder Motion Confessed (Doc 67);

    IT IS HEREBY ORDERED that Defendants' Motion to Join Innovative Healthcare Financing Group, LLC pursuant to Fed. R. Civ. P. 19(a)(1) (Doc 37), and for any other relief as this Court may deem just and proper; is GRANTED.

    Dated this  4th  day of October, 2010.

                                                    BY THE COURT:

                                                      s/Lewis T. Babcock
                                                    Lewis T. Babcock, Judge