IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

Plaintiff(s),

v.

MICHAEL J. SULLIVAN, and
TRIPLE CROWN SERVICES COMPANY,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Defendants' Motion to Compel Responses to Written Discovery (docket no. 45) is MOOT and therefore DENIED. Since the filing of the subject motion by Defendants, the Plaintiff has retained new legal counsel, Richard Leslie. Mr. Leslie entered his appearance on behalf of Plaintiff on September 30, 2010. See docket no. 62. Mr. Leslie has now provided to Defendant the requested discovery in the subject motion.

Date:   October 19, 2010