IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

Plaintiff(s),

v.

MICHAEL J. SULLIVAN, and
TRIPLE CROWN SERVICES COMPANY,

Defendant(s).

## MINUTE ORDER

     It is hereby ORDERED that Defendant's Supplement Motion for Sanctions Pursuant to Fed. R. Civ. P. 37 (docket no. 58) is DENIED for those reasons as outlined in this court previous Order (docket no. 66) concerning the same issue Plaintiff's deposition and for those additional reasons as outlined in Plaintiff's response (docket no. 70) to the subject motion that I incorporate by reference.

Date:   October 19, 2010