IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

Plaintiff(s),

v.

MICHAEL J. SULLIVAN,  and
TRIPLE CROWN SERVICES COMPANY,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Plaintiff's Motion to Vacate Dates (docket no. 54) is WITHDRAWN.  See the motion "Withdrawal of Motion to Vacate Dates" (docket no. 69) filed with the Court on October 15, 2010, by Plaintiff.

Date:   October 19, 2010