**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

       Plaintiff,

v.

MICHAEL J. SULLIVAN, and
TRIPLE CROWN SERVICES COMPANY,
INNOVATIVE HEALTHCARE FINANCING GROUP, LLC,

       Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Innovative Healthcare Financing Group, LLC With Prejudice (Doc 81 - filed November 2, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this Defendant Innovative Healthcare Financing Group, LLC, is **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: November 3, 2010