IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

Plaintiff(s),

v.

MICHAEL J. SULLIVAN,   and
TRIPLE CROWN SERVICES COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants' Unopposed Motion for Leave to Attend Settlement Conference by Telephone (Docket No. 86) is DENIED.

Date:   November 18, 2010