IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

Plaintiff,

v.

MICHAEL J. SULLIVAN   and
TRIPLE CROWN SERVICES COMPANY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Unopposed Motion to Withdraw Plaintiff's 1st and 2nd Motions to Compel as Moot (Docket No. 95) is granted.  Accordingly, Plaintiff's Motion to Compel (Docket No. 84) and Plaintiff's Second Motion to Compel (Docket No. 92) are withdrawn as moot.

Date:   December 7, 2010