IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00133-LTB-MJW

JANET O'DONNELL

    Plaintiff

v.

MICHAEL J. SULLIVAN; and
TRIPLE CROWN SERVICES COMPANY

    Defendants

---

### ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE
( Docket No. 98 )

---

THIS MATTER having come before the Court on Defendants' Motion for Leave to Permit Michael J. Sullivan to Attend Settlement Conference by Telephone, and

THE COURT having been fully advised on the matters;

**HEREBY ORDERS** that Defendants' Motion for Leave to Attend Settlement Conference by Telephone is **GRANTED**. Defendant Michael J. Sullivan may attend the December 16, 2010, Settlement Conference via telephone.

DATED this 10th day of December, 2010.

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

1