IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

Plaintiff(s),

v.

MICHAEL J. SULLIVAN, and
TRIPLE CROWN SERVICES COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion for Protective Order Pursuant to F.R.C.P. 26(c) and Stay Pending Resolution of Defendant's Motion to Quash (docket no. 90) is GRANTED. Plaintiff has failed to file any timely response to this motion and this court deems the motion confessed. Each party to pay their own attorney fees and costs for this motion.

It is FURTHER ORDERED that Defendants' Motion to Quash and for Sanctions (docket no. 91) is GRANTED as indicated below. Plaintiff has failed to file any timely response to this motion and this court deems the motion confessed. The Plaintiff's Subpoenas *Duces Tecum* are quashed. Each party to pay their own attorney fees and costs for this motion.

Date:   December 22, 2010