IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

Plaintiff(s),

v.

MICHAEL J. SULLIVAN,   and
TRIPLE CROWN SERVICES COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Defendants' Unopposed Motion for Leave to Attend Settlement Conference by Telephone, DN 111, filed with the Court on July 8, 2011, is GRANTED.  Defendant's representative shall participate at the settlement conference on July 13, 2011 at 10:00 a.m. (Mountain Time) by telephone and counsel for the defendant shall ensure the availability of their representative for the settlement conference.

Date: July 11, 2011