**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

      Plaintiff,

v.

MICHAEL J. SULLIVAN, and
TRIPLE CROWN SERVICES COMPANY,

      Defendants.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Joint Motion to Vacate Final Pretrial Conference (Doc 120 - filed July 21, 2011) is **GRANTED**. The Trial Preparation Conference set for July 22, 2011 at 9:00 a.m. is VACATED. The Jury Trial set for August 22, 2011 at 9:00 a.m. is VACATED.

Dated:   July 22, 2011
___