IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

Plaintiff(s),

v.

MICHAEL J. SULLIVAN, and
TRIPLE CROWN SERVICES COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants' Motion to Compel Execution of the Settlement Agreement (docket no. 124) is DENIED for the following reasons.

As the Magistrate Judge assigned to this case, I have been actively involved in assisting the parties to reach a settlement of this case. See docket entries concerning settlement conferences conducted in this case. That on July 21, 2011, I assisted the parties in reaching a settlement of this case. See Notice of Settlement (docket no. 119). That the relief sought in the subject motion (docket no. 124) seeks an Order from this court compelling Plaintiff to sign a release agreement which purports to contractually bind her attorneys, present and former, to personally "defend the Releasees against any liens." I find that only Plaintiff Janet O'Donnell agreed to hold harmless and indemnify Defendants against any liens in this case but not her attorneys when the parties' reached a settlement in this case. Accordingly, the subject motion (docket no. 124) should be denied.

It is FURTHER ORDERED that the parties shall remove that disputed language in the release agreement consistent with this Minute Order.

It is FURTHER ORDERED that the parties shall file their settlement documents with this court on or before September 12, 2011, or show cause why this case should not be dismissed.

Date: August 29, 2011