**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

    Plaintiff,

v.

MICHAEL J. SULLIVAN, and
TRIPLE CROWN SERVICES COMPANY,

    Defendants.

---

**ORDER OF ADMINISTRATIVE CLOSURE**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 134 - filed September 8, 2011) and the Court being fully advised in the premises, it is therefore

ORDERED that Defendants Michael J. Sullivan and Triple Crown Services Company are DISMISSED WITH PREJUDICE, each party to pay their own costs.

IT IS FURTHER ORDERED that this case is deemed **ADMINISTRATIVELY CLOSED** subject to being reopened for resolution of outstanding medical liens and/or subrogation claims, if any, and the proper allocation of settlement funds being held in the Court Registry.

                                                BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED: September 13, 2011