IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

Plaintiff(s),

v.

MICHAEL J. SULLIVAN,  and
TRIPLE CROWN SERVICES COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Innovative Healthcare Financing Group, LLC's Motion to Intervene (docket no. 145) is GRANTED.  Innovative Healthcare Financing Group, LLC is permitted to intervene in this case.

      The Plaintiff does not object to the intervention by Innovative Healthcare Financing Group, LLC.  See Plaintiff's Response (docket no. 149).  Moreover, none of the defendants have filed any response to the subject motion (docket no. 145) and this court deems this motion confessed.

Date:  February 16, 2012