**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

    Plaintiff,

v.

MICHAEL J. SULLIVAN, and
TRIPLE CROWN SERVICES COMPANY,

    Defendants.

_____

**SUPPLEMENTAL ORDER OF REFERENCE
TO UNITED STATES MAGISTRATE JUDGE**
_____

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge **Michael J. Watanabe** is designated to conduct proceedings in this civil action as follows:

(**x**)    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on Intervenor Innovative Healthcare Financing Group, LLC's Motion for Partial Disbursement of Registry Funds (Doc 153 - filed February 22, 2012).

    IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:  May 24, 2012