**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

    Plaintiff,

v.

MICHAEL J. SULLIVAN, and
TRIPLE CROWN SERVICES COMPANY,

    Defendants,

INNOVATIVE HEALTHCARE FINANCING GROUP, LLC,

    Intervenor.

_____

**ORDER**
_____

THIS CASE is before me on the Recommendation of the Magistrate Judge on the Motion for Partial Disbursement of Registry Funds (Doc 153). In it, the Magistrate Judge recommends that the motion be granted and $23,132.50 be released from the Court's Registry to Movant Innovative Healthcare Financing Group, LLC ("Innovative"). He also recommends that Innovative submit to the Court an affidavit of court costs and attorney fees incurred by Innovative which are related to the Motion for Partial Disbursement of Registry Funds (Doc 153). Finally, he recommends that the amount of reasonable attorney fees (to be determined by the Court) and one-half of the court costs be released from the Court's registry to Innovative. The recommendation was issued and served on July 12, 2012. Janet O'Donnell, Plaintiff pro se, has filed timely written specific objections to the Magistrate Judge's recommendation (Doc 173). Consistent with the Magistrate Judge's

recommendation, although premature because I have not ruled on the recommendation, Innovative has filed its Motion for Attorney Fees (Doc 174) which documentation in support.

I have reviewed the recommendation *de novo* in light of the file and record in this case and the Plaintiff's objection to it. On *de novo* review, I conclude that the recommendation is correct.

IT IS THEREFORE ORDERED that the Motion for Partial Disbursement of Registry Funds (Doc 153) is GRANTED and $23,132.50 is released from the Court Registry to Innovative.

IT IS FURTHER ORDERED that the Motion of Innovative for attorney fees (Doc 174) is referred to the Magistrate Judge for hearing and recommendation.

IT IS FURTHER ORDERED that the amount of reasonable attorney fees to be finally determined upon the recommendation of the Magistrate Judge and one-half of the court costs shall be released from the Court Registry to Innovative.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   July 30, 2012