## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.** 10-cv-00133-LTB-MJW          FTR - Courtroom A-502

**Date:** September 05, 2012          Courtroom Deputy, Ellen E. Miller

*Parties*          *Counsel*

JANET O'DONNELL,          Pro Se

    Plaintiff(s),

v.

MICHAEL J. SULLIVAN, and          - - - - - -
TRIPLE CROWN SERVICES COMPANY,          - - - - - -

    Defendant(s).

INNOVATIVE HEALTHCARE FINANCING GROUP,          Mark D. Herbert
LLC,

    Intervenor,

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: **MOTION HEARING**
**Court in Session:** 1:30 p.m.
Court calls case. Appearances of Pro Se Plaintiff and counsel for intervenor.
Hearing on Intervenor Innovative Healthcare Financing Group, LLC's Motion for Attorney Fees [Docket No. 174].

Intervenor's counsel is called as its witness.
MARK DOUGLAS HERBERT is sworn and testifies.

Intervenor's EXHIBIT 1 is offered and, with no objection, is admitted into evidence as to this motion hearing only.

Cross Examination of Mr. Herbert by plaintiff, Janet O'Donnell.

Plaintiff's EXHIBIT A is offered and, with no objection, is admitted into evidence as to this motion hearing only.

Intervenor rests.

Plaintiff calls witness, Richard Leslie
RICHARD LESLIE is sworn and testifies.

Direct examination by Janet O'Donnell.
Cross-examination by Mark Herbert on behalf of intervenor.

Plaintiff rests.

Closing argument by Mark Herbert on behalf of intervenor.
Closing argument by Janet O'Donnell, *pro se* plaintiff.

**It is ORDERED:**    Intervenors' MOTION FOR ATTORNEY FEES [Docket No. **174**, Filed July 27, 2012] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

HEARING CONCLUDES.

**Court in recess:**    2:06 p.m.
Total In-Court Time:   00:36