**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 10-cv-00133-LTB-MJW

JANET O'DONNELL,

    Plaintiff,

v.

MICHAEL J. SULLIVAN, and
TRIPLE CROWN SERVICES COMPANY,

    Defendants,

INNOVATIVE HEALTHCARE FINANCING GROUP, LLC,

    Intervenor.
_____

**ORDER**
_____

    THIS CASE is before me on the Recommendation of the Magistrate Judge that the Motion for Attorney Fees (Doc 174) be granted and $19,835.50 be released from the Court's Registry to Intervenor, Innovative Healthcare Financing Group, LLC, and that the balance of the settlement amount contained in the Court's Registry be released to the Plaintiff Janet O'Donnell.

    Plaintiff Janet O'Donnell, pro se, has filed her specific written objections to the Magistrate Judge's recommendations (Doc 181).  I construe the objections liberally as the Plaintiff appears pro se.  Intervenor has filed it's response to the objections (Doc 182). With commendable condor addressing the award to Intervenor of one-half of the Court costs ($885.50), advises that Intervenor in favor never did pay any portion of those costs

and therefore, that portion of the recommendation should be vacated and the $885.50 be awarded to the Plaintiff.

I have reviewed the recommendation *de novo* and with the exception noted by the Intervenor, conclude that it is correct.

IT IS THEREFORE ORDERED that the Motion for Attorney Fees (Doc 174) is GRANTED and $18,950 ($19,835.50 minus $885.50) be released from the Court's Registry to the Intervenor Innovative Healthcare Financing Group, LLC.

IT IS FURTHER ORDERED that the balance of the settlement amount contained in the Court's Registry be release to Plaintiff Janet O'Donnell.

BY THE COURT:

   s/Lewis T. Babcock  
Lewis T. Babcock, Judge

DATED:   October 1, 2012